428 A.2d 273

In the Interest of Julius Scott Parker.

Appeal of Julius Scott Parker.

Submitted March 21, 1980.   Charles B. Coleman, Assistant Public Defender, for appellant;   J. Michael Morrissey, District Attorney, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.

428 A.2d 273

Volterano, Appellant v. Kelly.

Reargument Denied Oct. 6, 1980.

Petition for Allowance of Appeal Denied April 10, 1981.

Argued September 11, 1979.   George M. Bobrin, for appellant;   Dennis Veneziale, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment affirmed.

CAVANAUGH, J., filed a memorandum dissenting opinion.

* President Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.